**UNITED STATES COURT OF APPEALS**

**FIFTH CIRCUIT**

_____

No. 96-40594

_____


STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

                         Plaintiff-Appellee,

versus

HOWARD L HAWKINS, et al.,

                         Defendants,

GERALD WHITEHEAD; ROSE WHITEHEAD; STARLETTE WHITEHEAD,

                         Intervenor Defendants-
                         Appellants.

Appeal from the United States District Court
for the Eastern District of Texas
(6:95-CV-448)

February 17, 1997

Before REYNALDO G. GARZA, EMILIO M. GARZA, and DEMOSS, Circuit Judges.

PER CURIAM:[*]

   We agree with the district court's determination that the injuries sustained by the Whiteheads did not result from an automobile accident so as to trigger coverage under the Hawkinses'

---

   [*] Pursuant to Local Rule 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

automobile insurance policy.  *See Misle v. State Farm Mut. Auto. Ins. Co.*, 908 S.W.2d 289, 291 (Tex. App. 1995, no writ); *Southern Farm Bureau Cas. Ins. Co. v. Brock*, 659 S.W.2d 165, 166-67 (Tex. App. 1983, writ ref'd n.r.e.).  We therefore AFFIRM the district court's grant of summary judgment in favor of State Farm Mutual Automobile Insurance Company.